FILED
MAY - 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:06cr124-WHA |
| v. | ) | [17 USC 506(a)(1); |
| | ) | 18 USC 2319(a); |
| | ) | 18 USC 2318(a)(1)(C)] |
| ROBERT REYNOLDS | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 14, 2005, in Dale County, Alabama, within the Middle District of Alabama, the defendant

### ROBERT REYNOLDS,

did willfully and for purpose of commercial advantage and private financial gain, infringe the copyrights of various sound recordings or phonorecords, to-wit: compact disks containing unauthorized digital recordings of various musical artists, and reproduce and distribute at least 10 copies or phonorecords of 1 or more copyrighted works, having a retail value of more than $2,500, in a 180 day period, without the authorization of the copyright holder, in violation of Title 17, United States Code, Section 506(a)(1) and Title 18, United States Code, Section 2319(a).

## COUNT 2

On or about December 14, 2005, in Dale County, Alabama, within the Middle District of Alabama, the defendant

### ROBERT REYNOLDS,

did knowingly traffic in counterfeit labels and illicit labels affixed to, enclosing, and accompanying, and designed to be affixed to, enclosing and accompanying copies of a motion picture and other

audiovisual work, in violation of Title 18, United States Code, Section 2318(a)(1)(C).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney