# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

v.

ROBERT REYNOLDS
185 West Reynolds Street
Ozark, AL 36360

## WARRANT FOR ARREST

Case Number: 1:06cr124-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERT REYNOLDS__
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)

Infringe the copyrights of various sound recordings or phonorecords, reproduce and distribute copies (1 ct)
Traffic in counterfeit labels affixed to copies of motion pictures and other audiovisual work (1 ct)

in violation of Title __17 & 18__ United States Code, Section(s) __506(a)1), 2319(a), 2318(a)(1)(C)__

DEBRA P. HACKETT
Name of Issuing Officer

BY: [signature]
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

5/3/06 -Montgomery, AL
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |