| COURTROOM DEPUTY MINUTES | DATE: May 9, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 1:10 - 1:25 |

- √ **INITIAL APPEARANCE**
- ❏ **DETENTION HEARING**
- ❏ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ❏ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❏ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 1:06cr124-WHA   **DEFT. NAME:** ROBERT REYNOLDS

**USA:** Susan R. Redmond   **ATTY:** Patricia Kemp

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** Ron Thweatt

Defendant ___ does √ ___ does NOT need an interpreter; NAME _____

---

| | | |
|---|---|---|
| √ Kars. | Date of Arrest 5/9/06 or ❏ karsr40 | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ❏Pro/Sup Rel Violator | |
| √ Finaff. | Financial Affidavit executed ❏ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel. | |
| √ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ❏20appt. | Panel Attorney Appointed; ❏ to be appointed - prepare voucher | |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ | |
| ❏ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❏ To be followed by written motion; | |
| ❏ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ❏ | **DETENTION HRG** ❏ held; ❏ set for _____; ❏ **Prelim. Hrg** ❏ Set for _____ | |
| ❏ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ❏kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| √ kocondrls. | Release order entered. √ Deft. advised of conditions of release. | |
| √ kbnd. | √ **BOND EXECUTED** (M/D AL charges) $ 25,000    Deft released (kloc LR) | |
| | ❏ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ❏ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ❏ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ❏ kwvprl. | Waiver of ❏ Preliminary hearing; ❏ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ❏ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| √ Karr. | **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered. | |
| | ❏ Trial Term _____ ;   ❏ **PRETRIAL CONFERENCE DATE:** 6/2/06 | |
| | √ **DISCOVERY DISCLOSURES DATE:** 5/10/06 | |
| ❏Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ❏ krmvhrg. | Identity/Removal Hearing set for _____ | |
| √ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |

Assigned Federal Defender to inform Court regarding which term of court case should be set, either 6/26/06 or 10/24/06; Arraignment Order will be filed after the 5/17/06 Arraignment Docket.
Waiver of Speedy Trial signed in the instance case is set on the 10/24/06 term.