IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-CR-124-WHA** |
| | ) | |
| **ROBERT REYNOLDS** | ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

**COMES NOW** the Defendant, by undersigned counsel, and respectfully requests that this Court extend the time limit for filing pretrial motions in this matter.

In support of this motion, the defendant would show the following:

1. This matter involves possession of unauthorized copies of music and movies, in a commercial setting.

2. Mr. Reynolds is on release status on this matter.

3. This matter is not set for trial until October 24, 2006.

4. Defendant is preparing a request for pretrial diversion in this matter.

5. The parties and the Court will not be inconvenienced by a slight delay in the filing of motions and it may be that this delay will make motions unnecessary.

Dated this 31st day of May 2006.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Robert Reynolds
Federal Defenders
Middle District of Alabama

>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Robert Reynolds
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org