| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 6/2/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:50 - 9:54 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:06cr124-WHA   **DEFENDANT(S):** Robert Reynolds

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan R. Redmond | * * * * * | Christine A. Freeman |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     Motion to Extend Time to File Motion

☐ **PLEA STATUS:**
     Likely Plea

☐ **TRIAL STATUS**     One Day

     10/24/06 Trial Term

☐ **REMARKS:**     Defense counsel recommending Pretrial Diversion