**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-CR-124-WHA** |
| | ) | |
| **ROBERT REYNOLDS** | ) | |

## ORDER

Upon consideration of the foregoing motion to amend the conditions of release, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted.

It is, therefore, ORDERED that the conditions of release attached to the appearance bond, filed with this Court on May 9, 2006, as to Robert Reynolds, be amended to reflect that Mr. Reynolds may travel outside the Middle District of Alabama, with the exclusion of the states of Georgia and New York,  upon the consent and/or permission of his supervising probation officer.

DONE, this the _____ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE