IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06CR124-WHA |
| | ) | [WO] |
| ROBERT REYNOLDS | ) | |

## ORDER ON MOTION

Upon consideration of the defendant's Unopposed Motion For Amendment of Conditions of Release, filed on 12 July 2006 (Doc. # 17), it is

ORDERED that the motion is GRANTED in part and DENIED in part. It is further ORDERED as follows:

1. The defendant shall be permitted to attend his family reunion during the period 11-13 August 2006 in Mobile, Alabama and Biloxi, Mississippi upon written notice to his probation officer of his temporary residence, including a telephone number, while he is outside the Middle District of Alabama.

2. The defendant shall not be permitted to travel beyond the Middle District of Alabama "to promote and offer his window washing services". The court notes that, given the size and area of the Middle District of Alabama, the defendant has shown no compelling reason to travel beyond its borders to expand his business "outside of Ozark".

DONE this 13th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE