**COURTROOM DEPUTY'S MINUTES**  **DATE:** 7/17/06

**MIDDLE DISTRICT OF ALABAMA**  Digital Recording: 9:41 - 9:42

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:06cr124-WHA   **DEFENDANT(S):** Robert Reynolds

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan R. Redmond | * * * * * | Christine A. Freeman |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**
Likely Plea

☐ **TRIAL STATUS**   One Day

10/24/06 Trial Term

☐ **REMARKS:**   Defense Counsel has requested Pretrial Diversion in this case