**COURTROOM DEPUTY'S MINUTES**           **DATE:** 8/21/06

**MIDDLE DISTRICT OF ALABAMA**           Digital Recording: 9:10 - 9:12

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:06cr124-WHA             **DEFENDANT(S):** Robert Reynolds

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan R. Redmond | * * * * * | Christine A. Freeman |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**
Possible Trial

☐ **TRIAL STATUS**     One Day

10/24/06 Trial Term

☐ **REMARKS:**    USA is not recommending Pretrial Diversion in this case