**COURTROOM DEPUTY'S MINUTES**                    **DATE:** 9/25/06

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 9:38 - 9:40**

<u>PRETRIAL CONFERENCE</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson    DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 1:06cr124-WHA**                    **DEFENDANT(S): Robert Reynolds**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan R. Redmond | * | Kevin Butler |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**              **Complete**

❏ **PENDING MOTION STATUS:**       **None**

❏ **PLEA STATUS:**                   **Resolution of Case prior to Trial likely**

❏ **TRIAL STATUS**                   **One Day**

                                     **10/24/06 Trial Term**

❏ **REMARKS:   Motion to Continue will be filed**
               **Pretrial Diversion issue revisited; US Attorney to inform Courtroom Deputy of decision**

               **10/11/06 Consent Date**