IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:06cr124-WHA |
| ROBERT REYNOLDS ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #24), filed by the Defendant on October 3, 2006. The Defendant has filed a Waiver of Speedy Trial, and the United States does not oppose the motion.

The court finds, for the reason that additional time is needed by the Defendant for reconsideration of the Defendant's request for pretrial diversion based on additional information, that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, it is hereby ORDERED as follows:

1. The motion is GRANTED, and trial of this case is CONTINUED from the term of court commencing October 24, 2006, to the term of court commencing January 8, 2007.

2. The Magistrate Judge is DIRECTED to schedule a new pretrial conference in advance of that trial date and to order extensions of any deadlines which might be appropriate to extend.

DONE this 3rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE