IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.1:06cr124-WHA |
| | ) | |
| ROBERT REYNOLDS | ) | |

**ORDER**

For good cause, it is

ORDERED that the pretrial conference currently set for 15 December 2006 before

Chief United States Magistrate Judge Charles S. Coody is **RESET** to ***18 December 2006 at***

***9:00 a.m.*** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery,

Alabama before United States Magistrate Judge Wallace Capel, Jr.

All other deadlines shall remain as previously ordered.

DONE this 5th  day of December, 2006.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE