| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 12/18/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:08 - 9:09 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE WALLACE CAPEL, JR.**   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:06cr124-WHA   **DEFENDANT(S):** Robert Reynolds

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan R. Redmond | * | Christine A. Freeman |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**   Complete

❏ **PENDING MOTION STATUS:**   None

❏ **PLEA STATUS:**   Plea Likely
To be scheduled for plea on 12/22/06 @ 9:00 a.m.

❏ **TRIAL STATUS**

❏ **REMARKS:**   USA to provide proposed plea agreement to the Court