IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CR. NO.  1:06-cr-124-WHA |
| ) | |
| ROBERT REYNOLDS    ) | |

NOTICE OF OPPOSITION TO DEFENDANT'S
NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files its notice of opposition to the defendant's Notice of Intent to Change Plea, filed on or about December 19, 2006, as follows:

1. The government provided a proposed written plea agreement, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

2. The Government **will not** agree to an open plea to Count 1 and dismissal of Count 2, and to full credit for acceptance of responsibility.

3. Should the defendant enter an open plea, the defendant does so with no promises or assurances from the Government to do or to refrain from doing, anything.

Respectfully submitted, this the 21st day of December, 2006.

                                                    LEURA GARRETT CANARY
                                                  UNITED STATES ATTORNEY

                                                  /s/ Susan Redmond
                                                  SUSAN REDMOND
                                                  Assistant United States Attorney
                                                  Post Office Box 197
                                                  Montgomery, Alabama 36101-0197
                                                  (334) 223-7280
                                                  (334) 223-7135 fax
                                                  susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | CR. NO.  1:06-cr-124-WHA |
| **ROBERT REYNOLDS** ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine A. Freeman.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY


        /s/ Susan Redmond
        SUSAN REDMOND
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        (334) 223-7280
        (334) 223-7135 fax
        susan.redmond@usdoj.gov