IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO.:    1:06cr124-WHA |
| | ) | |
| ROBERT REYNOLDS | ) | |
| | ) | |

## CONSENT

I, ROBERT REYNOLDS,  hereby declare my intention to enter a plea of guilty in the

above case, and after conferring with my lawyer, I hereby consent to have a United States

Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal

Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of

guilty.  I understand that the District Judge to whom this case is assigned will decide later whether

to accept or reject any plea agreement I may have with the United States and will impose

sentence.

DATED this the 22 day of December, 2006.

_____
Defendant

_____
Attorney