MIDDLE DISTRICT OF ALABAMA             COURT REPORTER: Risa Entrekin

❏ ARRAIGNMENT        x CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.* | **DEPUTY CLERK:** *WANDA ROBINSON* |
| **CASE NUMBER:** *1:06cr124-WHA* | **DEFENDANT NAME:** *Robert Reynolds* |
| **AUSA:** *Verne Speirs* | **DEFENDANT ATTY:** *Christine Freeman* |
| | **Type Counsel:** ( ) Waived; ( ) Retained; ( ) Panel CJA; (X) CDO |
| **USPO:** Terrance Marshall | |
| **Defendant** _____ does __x__ does NOT need and interpreter. | |
| **Interpreter present?** __x__ NO _____ YES   Name: _____ | |

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x ❏ Guilty as to:

X-Count(s) __1, 2__ of the Felony Indictment.

❏ Count(s) _____  ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT** as to COUNTS 1, 2

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** X- No Plea Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

X — **ORDER:** Defendant Continued under X- same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; X- Sentencing to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.