IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-CR-124-WHA |
| | ) | |
| ROBERT REYNOLDS | ) | |

## NOTICE OF EXHIBITS IN SUPPORT OF SENTENCING POSITION

The defendant, Robert Reynolds, gives notice of the filing of the following exhibits in support of his sentencing position:

## TABLE OF EXHIBITS

**Exhibit Number**    **Exhibit Name**

Military and Employment History

1.  Military Document Showing Date Mr. Reynolds Was Drafted into the United States Army, October 12, 1967

2.  Certificate of Honorable Discharge from the United States Army, Dated June 28, 1972

3.  Letter of Congratulations to Mr. Reynolds for Being Selected as a Finalist Winner in the Roses Store Recognition Program, Dated April 17, 1981

4.  Photograph of Mr. Reynolds at Work in 1972

5.  Photograph of Mr. Reynolds and Other Roses Store Mangers in 1976

6.  Photograph of Mr. Reynolds Receiving an Award from a District Manager of a Roses Store in Norfolk, Virginia in 1978

| | |
|---|---|
| 7. | Photograph of Mr. Reynolds and Other Roses Store Employees at an Awards Banquet on April 17, 1981 |
| 8. | April 5, 2006 Business License for Redd's Window Washing Service |
| 9. | April 13, 2006 Certificate of Insurance for Redd's Window Washing Service |

Letters of Support

| | |
|---|---|
| 10. | June 15, 2006 Letter from Rev. Jerome Dudley |
| 11. | June 15, 2006 Letter from Mr. Herman F. Jackson |
| 12. | June 15, 2006 Letter from Priscilla Snell |
| 13. | June 15, 2006 Letter From Ozark Chief of Police Tony R. Spivey |
| 14. | June 16, 2006 Letter from Ozark City Mayor Bob Bunting |
| 15. | June 19, 2006 Letter from Frederick Gissendanner |
| 16. | June 20, 2006 Letter from Inez Pennington |
| 17. | December 4, 2006 Letter from Frederick Gissendanner |

Family Photographs

| | |
|---|---|
| 18. | Photograph of Mr. Reynolds in 1966, Shortly after He Was Drafted into the United States Army |
| 19. | Photograph of Mr. Reynolds Shining Shoes While in the United States Army, Taken Between 1966 and 1967 |
| 20. | Photograph of Mr. Reynolds' Sister, Delma Williams |
| 21. | Photograph of Mr. Reynolds' Brother, Eddie Eutsey and the Eutsey Family |
| 22. | Photograph of Mr. Reynolds and His Wife, Margaret |

23.     Photograph of Mr. Reynolds' In-laws, Hazel and Willie James Crittenden

24.     Photograph of Mr. Reynolds' Wife and Mother-in-law, Margaret Reynolds and Hazel Crittenden

Respectfully submitted,

 s/Christine Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 1:06-CR-124-WHA |
| ) | |
| ROBERT REYNOLDS ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I electronically filed **EXHIBITS IN SUPPORT OF SENTENCING POSITION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104 I hereby certify that I have this 3rd day of January 2007, served a copy of the foregoing upon the following, by **HAND DELIVERY** a copy of the same to the following addresses:

Susan Redmond, Esq.
Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                 s/Christine Freeman
                                                 CHRISTINE A. FREEMAN
                                                 TN BAR NO.: 11892
                                                 Attorney for Defendant
                                                 Federal Defenders
                                                 Middle District of Alabama
                                                 201 Monroe Street, Suite 407
                                                 Montgomery, AL 36104
                                                 TEL:   (334) 834-2099
                                                 FAX:   (334) 834-0353