# MILITARY AND EMPLOYMENT HISTORY

**THIS IS AN IMPORTANT RECORD — SAFEGUARD IT.**

23

| | | |
|---|---|---|
| 1. LAST NAME-FIRST NAME-MIDDLE NAME: REYNOLDS ROBERT JR | 2. SERVICE NUMBER: US 53 423 560 | 3. SOCIAL SECURITY NUMBER: 418 66 4253 |

**PERSONAL DATA**

4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: ARMY AUS QMC
5a. GRADE, RATE OR RANK: SP4 (T) SEE 30
5b. PAY GRADE: E-4
6. DATE OF RANK: 12 OCT 67
7. U.S. CITIZEN: YES
8. PLACE OF BIRTH: OZARK ALA
9. DATE OF BIRTH: 30 JAN 47

**SELECTIVE SERVICE DATA**

10a. SELECTIVE SERVICE NUMBER: 1 23 47 24
10b. LOCAL BOARD: LB # 23 OZARK ALA
10c. DATE INDUCTED: 23 JUN 66

**TRANSFER OR DISCHARGE DATA**

11a. TYPE OF TRANSFER OR DISCHARGE: TRF TO USAR (SEE 16)
11b. STATION: FT DIX NJ
11c. REASON AND AUTHORITY: AR 635-200 SPN 411 EARLY SEP FR O S
11d. EFFECTIVE DATE: 11 JUN 68
12. LAST DUTY ASSIGNMENT: 91 LEMC 81 MNT BN APO 09067 USAREUR
13a. CHARACTER OF SERVICE: HONORABLE
13b. NONE
14. DISTRICT/CORPS TRANSFERRED: TRFD TO USAR CONGP (ANL TNG) USAAC ST LOUIS MO
15. REENLISTMENT CODE: RE-1
16. TERMINAL DATE OF RESERVE: 27 JUN 72
17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION: NA
18. PRIOR REGULAR ENLISTMENTS: NONE
19. GRADE AT ENTRY: PVT E-1
20. PLACE OF ENTRY: MONTGOMERY ALA
21. HOME OF RECORD: 11-B SMITH HOMES OZARK (DALE) ALA

**STATEMENT OF SERVICE**

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| (1) NET SERVICE THIS PERIOD | 1 | 11 | 14 |
| (2) OTHER SERVICE | 0 | 0 | 0 |
| (3) TOTAL | 1 | 11 | 14 |
| TOTAL ACTIVE SERVICE | 1 | 11 | 14 |
| FOREIGN AND/OR SEA SERVICE USAREUR | 1 | 5 | 26 |

23a. SPECIALTY NUMBER & TITLE: 76Y20 UNIT ORG SUP SP
23b. RELATED CIVILIAN OCCUPATION: SHIPPING CLK 1-34.13

24. DECORATIONS, MEDALS, BADGES: NDSM

25. EDUCATION AND TRAINING COMPLETED:
4 YRS HS (DIPL)
ATP 21-114
CODE OF CONDUCT
GENERAL SUPPLY 6 WKS 66

Local Board No.
AUG 20 1968
Dale County
Ozark, Alabama

26a. NON-PAY PERIODS TIME LOST: NA
26b. DAYS ACCRUED LEAVE PAID: 29
27a. INSURANCE IN FORCE: NO
27b. AMOUNT OF ALLOTMENT: NA
27c. MONTH ALLOTMENT DISCONTINUED: NA
28. VA CLAIM NUMBER: NA
29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: $10,000

30. REMARKS:
BLOOD GP A
ITEM 5A DATE OF APT PFC E-3 (P) 23 FEB 67

DEFENDANT'S EXHIBIT

31. PERMANENT ADDRESS: SEE ITEM 21
32. SIGNATURE OF PERSON: Robert Reynolds Jr.
33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: CLYDE E SIMS 2LT ASST ADJ
34. SIGNATURE OF OFFICER

DD FORM 214 — ARMED FORCES OF THE UNITED STATES



from the Armed Forces of the United States of America

This is to certify that

REYNOLDS ROBERT JR     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    SP4    USAR

was Honorably Discharged from the

**The United States Army**

on the 28TH day of JUNE 1972. This certificate is awarded

as a testimonial of Honest and Faithful Service

LOUIS J PROST
BRIGADIER GENERAL, USA

DD FORM 256A, 1 MAY 50

DEFENDANT'S EXHIBIT 2



**NEW YORK OFFICE**
200 FIFTH AVENUE
A/C 212—675-8686

P. O. DRAWER 947   HENDERSON, NORTH CAROLINA   27536

**Rose's STORES, INC.**

EXECUTIVE & BUYING OFFICE
TELEPHONE 919-492-3111
ACCOUNTING OFFICE & WAREHOUSE
TELEPHONE 919-438-3125

April 17, 1981

Robert Reynolds, #133

Congratulations on being selected as a Finalist Winner in Rose's Recognition Program.

Our Recognition Program is reaching the final stages and you are now competing with others throughout the company in your respective job title for company honors. The Company Winners in each of the ten job classifications will be announced the night of the Recognition and Awards Banquet which will be held as follows:

        Time:    7:30 p.m.
        Place:   Henderson Country Club
        Date:    Wednesday, April 29, 1981
        Dress:   Semi-formal

We would like for you and your spouse or guest to attend the banquet. If you are beyond a reasonable driving distance, you should immediately make reservations for yourself and your spouse or guest on a commercial airline that flies to Raleigh-Durham, North Carolina airport. You must arrive in Raleigh-Durham by 11:30 a.m. on Tuesday, April 28, 1981. Transportation from Raleigh-Durham to Henderson will be provided for you. If you are driving to Henderson, plan your arrival by 1:00 p.m., <u>Tuesday, April 28, 1981.</u>

On Tuesday afternoon you will join one of two groups of finalists for tours of the Henderson facilities. One group will meet with the Company Selection Committee that afternoon. The next day the remainder of the finalists will meet with the committee and everyone will enjoy more tours. Wednesday will culminate with the Awards Banquet.

We will have a very busy two days and you will need comfortable clothing and walking shoes for the planned events.

A monetary advance from your store is available if needed, and can be approved by calling my office. An expense statement is enclosed for listing your expenses.

Motel reservations have been made for you at Howard Johnson's for Tuesday and Wednesday nights, April 28 and 29. If you are flying, confirm your return reservations for Thursday morning, April 30. <u>Please complete the attached sheet and mail to my attention by Friday, April 24. Use First Class Mail or call to give me this information, if necessary.</u>

                                Very truly yours,

                                H. F. Martin, Jr.
HFM:jmp                    Training and Development Manager

Attach:

**DEFENDANT'S EXHIBIT 3**



Photograph of Mr. Reynolds at work in one of the Roses Stores in 1972

DEFENDANT'S EXHIBIT 4



Rose's Department Heads

Garry Tatum, Frank Newton, Bill Fenimore, Robert Reynolds

Photograph of Mr. Reynolds while still a manager for Roses Store, Inc. in 1976.



DEFENDANT'S EXHIBIT 5



Photograph of Mr. Reynolds receiving an award from his District Manager of the Roses Store in Norfolk, Virginia in 1978

DEFENDANT'S EXHIBIT

# Outstanding Personnel of The Year



Photograph of Mr. Reynolds and other Roses Store employees at an awards banquet on April 17, 1981.



DEFENDANT'S EXHIBIT 7

# 2006 BUSINESS LICENSE

WILLIAM E. BLACKWELL, CMC
Clerk and Treasurer

TAMMY BLACKBURN
Revenue Clerk

City of Ozark
Post Office Box 1987
Ozark, Alabama 36361
Ph: 334-774-5262
Fax: 334-445-1054



```
Taxpayer                                              License No:  2006-1840
ID:    5755                                           Issue Date:  04/05/2006
Name:  REDD'S WINDOW WASHING SERVICE                  SessionID:   03242006
       496 GUNTER ST
       OZARK           AL        36360

Location
No:    1
Name:  REDD'S WINDOW WASHING SERVICE
       496 GUNTER ST
       OZARK           AL        36360
```

The licensee named herein is authorized to do business at the above specified Business Location as provided for the License Schedules listed below:

| Code | Description | License Amount |
|---|---|---|
| 249A | JANITORIAL-HOME CARE (LO) | $50.00 |
| | Total License | $50.00 |
| | Total Discount | $0.00 |
| | Total Issue Fee | $5.00 |
| | Total Penalty | $0.00 |
| | Total Interest | $0.00 |
| | Total Fee 1-5 | $0.00 |
| | Total Amount Remitted | $55.00 |

Signed _____Tammy Blackburn_____
        TAMMY BLACKBURN - REVENUE CLERK

Licenses paid by check are void if check is not honored upon first



DEFENDANT'S EXHIBIT 8

**THIS IS YOUR PAID BUSINESS LICENSE AND RECEIPT WHICH EXPIRES ON DECEMBER 31, 2006.**

# CERTIFICATE OF INSURANCE

**INSURED:** Robert Reynolds
Redd's Window Washing Service
496 Gunter Street
Ozark AL 36360

**INSURED'S AGENT:** Circle Insurance Agency - 2580
P. O. Box 670
Ozark AL 36361

**INSURANCE COMPANY:** Canal Indemnity Company

**TYPE OF INSURANCE:** THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.

| | | | |
|---|---|---|---|
| **POLICY NUMBER:** | TBD -2580 | **CERTIFICATE DATE:** | 4/13/06 |
| **EFFECTIVE DATE:** | 4/13/06 | **EXPIRATION DATE:** | 4/13/07 |

**LIMITS OF LIABILITY:**

| | |
|---|---|
| 300,000.00 | EACH OCCURRENCE LIMIT |
| 600,000.00 | GENERAL AGGREGATE |
| Included | PRODUCTS COMPLETED OPERATIONS AGGREGATE LIMIT |
| 300,000.00 | PERSONAL AND ADVERTISING INJURY |
| 50,000.00 | FIRE DAMAGE LIMIT |
| 5,000.00 | MEDICAL EXPENSE LIMIT |

**DESCRIPTION OF OPERATIONS / LOCATIONS / SPECIAL ITEMS:**

Janitorial Services - EXCL. Floor Waxing

**CERTIFICATE HOLDER:** Redd's Window Washing Service
496 Gunter Street
Ozark AL 36360

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND, OR ALTER THE COVERAGE AFFORDED BY THE POLICY DESCRIBED HEREIN. SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELED BEFORE THE EXPIRATION DATE THEROF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL WRITTEN NOTICE TO THE CERTIFICATE HOLDER ABOVE, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE OF INSURED: *Donna M. Shuman*

DEFENDANT'S EXHIBIT 9

# LETTERS OF SUPPORT

JUNE 15, 2006

PATRICA KEMP
FEDERAL DEFENDERS OFFICE
407 RSA TOWER
201 MONROE ST.
MONTGOMERY, AL 36104

DEAR MRS. KEMP,

AS PER, OUR CONVERSATION JUNE 15, 2006.
MY NAME IS JEROME DUDLEY. I AM A CURRENT MEMBER OF THE
OZARK CITY COUNCIL, ALSO, I AM A MINISTER.

I HAVE BEEN A PERSONAL FRIEND OF ROBERT ( RED) REYNOLDS FOR
MORE THAN FIFTY YEARS. HE GRADUATED FROM D.A. SMITH HIGH
SCHOOL IN OZARK, AL IN 1965, I WAS A YEAR BEHIND HIM.

THERE ARE TIMES WE MEET FOR LUNCH OR DINNER. THERE IS
HARDLY A WEEK THAT PASSES THAT WE DON'T HAVE SOME TYPE OF
CONVERSATION.

ROBERT CHARATER, HONESTY AND LOYALITY IS BEYOND REPROACH.
HE WILL GO OUT OF HIS WAY TO HELP ANYONE. IF THE CITY NEEDS
DONATIONS I ALWAYS CALL HIM FOR A CONTRIBUTION.

MR. REYNOLDS IS WELL VERSED ON MANY SUBJECT FROM POLITICS,
BIBLE, AND SPORTS. HE IS A VERY PLEASANT PERSON TO DEAL WITH.

I CONSIDER MR. REYNOLDS TO BE DEAR FRIEND THAT I CAN CALL
ANYTIME AND HE'LL BE THERE.  WITH LIMITED RESOURCES , MR.
REYNOLDS IS ALWAYS WILLING TO GIVE TO ANY WORTH WILL CAUSE.

HE HAS A  TREMENDOUS SENSE OF HUMOR. HE IS A LOYAL AND
DEVOTED HUSBAND. I'M PROUD TO CALL HIM FRIEND.

P.S. IF I CAN BE OF FUTHER ASSISSANCE PLEASE FELL FREE TO
CONTACT ME: 334-255-0148 OR 334-774-9683.

SINCERLY
JEROME DUDLEY

DEFENDANT'S EXHIBIT 10



June 15, 2006

Attorney Patricia Kemp
Federal Defenders Office
407 RSA Tower
201 Monroe Street
Montgomery, AL 36104

Dear Attorney Kemp,

My Name is Herman F. Jackson. I have known Mr. Robert Reynolds for 50 years. We grew up here in Ozark, AL, Robert being two years older. We also attended the same high school and we are now both members of the Carroll High School Quarterback Club.

I have known Mr. Reynolds to be friendly, caring and enjoyable to be around.

Mr. Reynolds has spent many hours assisting an elderly gentleman in the community (Mr. Samuel Ledbetter), with many things such as making sure he has heat in the winter and air conditioning in the summer, and just making sure of his well being.

Robert has been involved in several events to help those in need. Many times there have been situations where a family needed money for food or to bury a loved one, and he has always been willing to help.

If you need further information, please feel free to call me: 334-774-5132 or 334-774-9132.

Sincerely,

Herman F. Jackson, Director
Vivian B. Adams School

**DEFENDANT'S EXHIBIT**
11

*To whom it may concern and to Mrs. Patrica Kemp I Priscilla Snell has known Mr. Reynolds for 30 years and he has known me even longer. This is what i think the kind of man Mr. Reynolds is. Mr. Reynolds is a very helpful man. When church's are selling food he always buy a plate or two just to help them out. If he dosen't buy a plate he will donate money also to help them out.*

*I have known of people who have had death in their family and couldn't burried them. Mr. Reynolds would go to the Funeral Home and make some kind of agreement to help them. He is always buying tickets from the children to help them out in sports just to tell you what a good man he is. When my daughter was selling tickets so she could go to cheerleading camp, she said I'm going to ask Mr. Reynolds because i know that he will help me and buy more than one (and he did).*

*You know that Mr. Reynolds is a good hearted person. When I was opening up my business I went to him for advice and he helped me. I know of other people who have went to him for his opinion on opening up a business. Two other people was opening up the same kind of business he had but, he helped them anyways. He knew that it would take away some of his business. He would always tell me to give back to the community because the community*

DEFENDANT'S EXHIBIT 12

*is the one's thats helping you.*

*Mr. Reynolds is a giving person. He will give you his last, one time it was a lady that was sick in the Hospital that went to the same church as him. She couldn't pay for her medical or her bills for that month. Mr. Reynolds asked 4 other men to help donate some money to her. It was December and i was in Walmart doin some Christmas shopping. I saw Mr. Reynolds with 3 bikes. I said Mr. Reynolds you don't have any kids who are buying bikes for? He told me that he was going to donate them to help out the children for Christmas. All I can tell you about Mr. Reynolds he is a man with a big heart. If he can help you he will!!!*

Priscilla Snell

334-774-0282

*Priscilla Snell*
06/15/06

June 15, 2006



**CITY OF OZARK**

275 N. Union Avenue
Post Office Box 1987
Ozark, Alabama 36361
Telephone: 334-774-2644
FAX: 334-774-5641

CHIEF OF POLICE
Tony R. Spivey

DEPUTY CHIEF
Eddie Henderson

PATROL COMMANDER
Captain Sammy Blocker

CRIMINAL INVESTIGATION
COMMANDER
Lieutenant Paul Blackmon

NARCOTICS COMMANDER
Lieutenant Tim Hicks

MAYOR
Bob Bunting

COUNCIL MEMBERS
Joe R. Outlaw
Andy Gilland
Jerome Dudley
Winston T. Jackson
Marilyn M. Tamplin

Honorable Patricia Kemp
Federal Defenders Office
407 RSA Tower
201 Monroe Street
Montgomery, Alabama 36104

Re:   Robert Reynolds

Dear Ms. Kemp,

   Pursuant to our telephone conversation of earlier this morning, I am writing this correspondence in regards to the character of Mr. Robert Reynolds.

   I have known Mr. Reynolds for approximately fifteen years basically as a business owner and resident of the Ozark community. While my association with Mr. Reynolds is limited, I can tell you that in my dealings with Mr. Reynolds he has always been cordial and as far as I know he has always presented himself as a gentleman. I have never had a reason to question his integrity nor his honesty. I will point out that I do not know anything concerning Mr. Reynolds personally so I cannot offer any information in that regard. All of my dealings with Mr. Reynolds have been in my capacity as a law enforcement officer with the City of Ozark. My last encounter with Mr. Reynolds was about a year to a year and a half ago in which he was the owner of a local social establishment. I have never had any adverse dealings with Mr. Reynolds.

   Should you have any further questions, please feel free to contact my office.

                                    Sincerely,

                                    Tony R. Spivey
                                    Chief of Police

TRS/kj

DEFENDANT'S
EXHIBIT
13



**CITY OF OZARK**

**EXECUTIVE DEPARTMENT**

275 N. Union Avenue
Post Office Box 1987
Ozark, Alabama 36361
Telephone: 334-774-3300
FAX: 334-445-0517

**MAYOR**
Bob Bunting

**CLERK AND TREASURER**
William E. Blackwell, CMC

**COUNCIL MEMBERS**
Joe R. Outlaw
Andy Gilland
Jerome Dudley
Winston T. Jackson
Marilyn M. Tamplin

*A city for all seasons*

---

June 16, 2006

To Whom it May Concern:

    I have known Mr. Robert Reynolds and his family for some 15 years. Our relationship has fostered into a solid friendship. He has a reputation for being a good citizen as he is always willing and ready to help those less fortunate, and willingly steps forward to assist with community projects. In my opinion, he is a good family man, respects his fellow man, and is respected in our small town by all who have had the pleasure of his association. I truly believe he is a person of good character and from everything I know about him, he has demonstrated that in this community. I trust him and believe in him. I would hire him tomorrow knowing that I would be getting a person of great integrity.

Sincerely,

Bob Bunting
Mayor

BB/kl



DEFENDANT'S EXHIBIT
14

Frederich Dissendanne
P.O. Box 1223
Ozark, AL 36361

Attn: Mrs. P. Kemp
Federal Def office
407 RSA Tower
201 Monroe St
Montgomery AL 36104



To whom it May concern: Attn P. Kemp My name is Frederich Dissendanne, an my reason for writing this letter is to let you know that I have known Mr. Robert Reynolds all my life. We was raise in little town call Ozark, AL we attend D.A. Smith High School. Mr. Reynolds & I have been working together as Community Service Coordinater for some time. Now I cant rember the exact date But he has Been helping me for awhile. you see I was doing this Community service for the Dale Geneva court services Program/Community Corrections. and I was talking to Mr. Reynolds about what we do. and he told me he would like to help and I got the OK from Mrs. Angie Enfinger that he could help and he started right away.

DEFENDANT'S EXHIBIT 15

What we do. As take these people and have them do different types of work. Because some have from 40 to 198 hrs to perform as part of being on this program. We all do work for Non profit. Here are some of the places we have work so far. Dale Co Court house and the reason we did the Court house was Because the law library was in a mess. We also do work at the public Library. dog pound. Cut grass for the elders who cant afford to pay. I will close now But if its anything else you need to know please feel free to call The office number is 334-774-9135 FAX 334-774-8041

Once again the Dir is Mrs. Angie Enfinger

Ozark Office
299 Painter Ave
P.O. Box 2513
Ozark, Al 36361

Thank you
Frederich Gissendanner
Community Service Coordinator
Home - 334-445-2143
Cell 334-733-0670