

Federal Defense Office
Attn: Attorney Patricia Kemp
407 R. S. A. Tower
201 Monroe Street
Montgomery, Alabama 36204
June 20, 2006

Dear Attorney Kemp,
I am writing this letter on behalf of Mr. Robert Reynolds. First of all, I am a 75 year old mother and business owner and I have known Mr. Reynolds or "Red" what everyone in Ozark affectionately calls him all of his life. We live in a small town in southeast Alabama (Ozark), a family orientated, hard-working community. I have always worked for the children in our community through the city recreation services and as a result I helped to raise Mr. Reynolds. I have known Red since he was a little boy helping me at the recreation center during segregation and through integration. I know his family and he comes from a hard-working mother and is a hard-worker himself, a good man. He is a family man and has been married to a lovely woman for many years. He has worked in management for other companies and in latter years owned his own businesses, starting with a community grocery store and a record shop. While he owned his grocery store, he gave to many people who did not have food. He has always helped everyone in our community from raising money to help bury a community resident's love-one, to providing toys for children at Christmas, to providing school supplies for needy children, to raising and giving scholarship money for students who wanted to go to college. Red always gives to others; he's willing and ready to lend a helping hand. He is a good young man, a basically caring human being, and these qualities are hard to find in young men today. Red had no intent to defraud or harm anyone, just to make a living. He is truly needed in our community. I would trust Mr. Reynolds ("Red") with my life because he genuinely cares and will always do the right thing; He is like a son to many others and me.
If at anytime I can speak on his behalf, you have only to let me know and I will, without hesitation or reservation.
Sincerely,
Inez Pennington

**DEFENDANT'S EXHIBIT** 16



**Dale County Community Corrections**
**P.O. Box 2513**
**Ozark, Alabama 36361**

Ozark
299 Painter Ave.
Ozark, Alabama 36360
334-774-9135

Geneva:
Geneva County Courthouse
1st Floor Probation Office
Geneva, Alabama
334-684-5628

Christine A. Freeman
Montgomery, Alabama

December 4, 2006

Dear Mrs. Freeman,
I am Fred Gissendanner, a resident of Ozark, Alabama. I am a U.S. Army Veteran and currently I work with the Ozark-Dale County Court Referral Service where I have been counselor for 7 years. I have personally known Mr. Robert Reynolds for over 40 years and he has volunteered with me at the court referral service since December 2005. The Court Referral service takes defendants and find community service projects for them to participate in as ordered by the courts. These activities include such things as helping the rescue mission, feeding and clothing the homeless, helping the animal shelters, helping churches, etc. Mr. Reynolds acts as a liaison between the defendants and the community organization to help coordinate these activities.
Mr. Reynolds has been very remorseful for any wrong he has been accused of doing. He has shown an even more willingness to correct any illegal activity regarding wrongful use of copyright infringement. His volunteer work has shown an effort to correct an unconscionable act. His willingness to re-pay the community is displayed through his service in assisting defendants with community projects. Mr. Reynolds has been an asset to our program in Ozark-Dale County.

Thank You


Fred Gissendanner, Counselor
Ozark-Dale County Court Referral Program



DEFENDANT'S EXHIBIT 17

# FAMILY PHOTOGRAPHS



Photograph of Mr. Reynolds in 1966, shortly after he was drafted into the United States Army

DEFENDANT'S EXHIBIT 18



Army photograph of Mr. Reynolds shining shoes, taken between 1966 and 1967

DEFENDANT'S EXHIBIT 19



Photograph of Mr. Reynolds' sister, Delma Williams

DEFENDANT'S EXHIBIT 20