

Photograph of Mr. Reynolds' brother, Eddie Eutsey and Mr. Eutsey's family. Pictured from left to right: Renie Eutsey, Omeca Eutsey at age nine (top center), Eddie Eutsey, and Eddie Eutsey, Jr. at age six (bottom center)

DEFENDANT'S EXHIBIT 21





Photograph of Mr. Reynolds' in-laws, Hazel and Willie James Crittenden

DEFENDANT'S EXHIBIT 23



Photograph of Mr. Reynolds' wife and mother-in-law, Margaret and Hazel Crittenden

DEFENDANT'S EXHIBIT 24