IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )

vs.                               )   CR. NO. 1:06cr124-WHA

ROBERT REYNOLDS                   )

## ORDER

Due to a conflict which has arisen in the court's calendar, the sentencing in this case, presently scheduled for April 10, 2007, at 9:00 a.m., is RESET for April 10, 2007, at **2:00 p.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 24th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE