IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )

vs. ) CR. NO. 1:06cr124-WHA

ROBERT REYNOLDS )

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Sentencing (Doc. #50), filed on July 31, 2007. For good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the sentencing of the Defendant is CONTINUED from August 8, 2007, to September 11, 2007, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 1st day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE