IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )

vs.                               )      CR. NO. 1:06cr124-WHA

ROBERT REYNOLDS                   )


**<u>ORDER</u>**

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. #52), to

which the Government does not object, and for good cause shown, the motion is GRANTED,

and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from September 11, 2007,

and RESCHEDULED for Monday, October 29, 2007, at 2:00 p.m.

DONE this 4th day of September, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE