IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-CR-124-WHA |
| | ) | |
| ROBERT REYNOLDS | ) | |

### Notice of Filing of Doctor Stokes' Statement

**COMES NOW** the Defendant, Robert Reynolds ("Mr. Reynolds"), by undersigned counsel, Christine A. Freeman, and files the attached Exhibit, a note from Dr. Steven Stokes, M.D. of Dothan, Alabama at 334-793-8081, describing the expected term of Mr. Reynolds' current cancer treatment.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Robert Reynolds
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorneys, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Robert Reynolds
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

From: Robert Reynolds

To: Atty. Christine Freeman

Fax: 334-834-0353

---

**STEVEN H. STOKES, M.D.**
DEA # AS9443160

**RADIATION ONCOLOGY**
P.O. Box 5609
Dothan, Alabama 36302
(334) 793-8081

NAME: Robert Reynolds          AGE: ___
ADDRESS: ___                   DATE: 8/29/07

Rx Started daily treatments 8/20/07. Will continue for another minimum 4 weeks thru end of September.

*[signature]*

☐ May use Generic
Please Label
Refill 1 2 3 4 5